**KALAH A. PAISLEY**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. N., Suite 300**
**Great Falls, MT 59403**
**Phone: (406) 761-7715**
**FAX: (406) 453-9973**
**E-mail: kalah.paisley@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **In the Matter of the Search of**<br><br>Information Associated with Vivint Door Camera Account for Lisa Goss that is stored at premises controlled by Vivint Smart Home, Inc. | MJ 20- 78-GF-JTJ<br><br>**MOTION TO SEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT AND SEARCH WARRANT** |

The United States, through Kalah A. Paisley, Assistant U.S. Attorney, requests this Honorable Court to seal this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrant herein, to protect the integrity of this ongoing investigation.

The United States further requests this matter be unsealed for the limited purpose of providing all documents to defense counsel in discovery, upon initial

appearance on an Indictment of any defendant related to this search warrant and service/receipt of defense counsel's discovery request, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

DATED this 23rd of September, 2020.

        KURT G. ALME
        United States Attorney

        */s/ Kalah A. Paisley*
        KALAH A. PAISLEY
        Assistant U.S. Attorney
        Attorney for Plaintiff